

FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 2 8 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**8/27/2015**                                                  **COA Case No. 12-14-00201-CR**
**LEWIS, CEDRICK BERNARD    Tr. Ct. No. 31189**                **PD-1115-15**
On this day, this Court has granted the Appellant's Pro Se motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Tuesday, October 20, 2015. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition For Discretionary Review must be filed with The Court of Criminal Appeals.

                                                              Abel Acosta, Clerk

                    12TH COURT OF APPEALS  CLERK
                    CATHY LUSK
                    1517 W. FRONT, ROOM 354
                    TYLER, TX  75701
                    * DELIVERED VIA E-MAIL *